E. R. CLEVELAND v. STATE.

No. A-8792.   Oct. 12, 1934.
(36 Pac. [2d] 954.)

Joe Adwon, for plaintiff in error.

J. Berry King, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, hereinafter called defendant, was convicted of illegal possession of intoxicating liquor and was sentenced to pay a fine of $50 and to serve 30 days in the county jail.

The record in this case was filed in this court August 16, 1934; no brief in support of the appeal has been filed.

An examination discloses no fundamental error. The evidence is sufficient to support the verdict of the jury.

The case is affirmed.